UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Matthew Alan Smith, )
)
    Plaintiff, )
)
v. )    Civil Action No. *14-1682 UNA*
)
The Department of Justice, )
)
    Defendant. )
_____ )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1



3

Plaintiff is a resident of Lakewood, Colorado, suing the United States for monetary damages. *See* Compl. at 2, 9. In what is probably the most coherent sentence in the prolix complaint, plaintiff states that he "was not granted a simple change of judge or venue," which "is disturbing and improper when procedures get out of hand especially when the plaintiff obviously wins summary judgment in some instances." *Id*. at 2. Plaintiff seeks to reopen cases that seem to have no connection to this judicial district and over which this Court would have no jurisdiction. *See id*. at 5 & Attachment. Regardless, the complaint fails to provide any notice of a discernible claim. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: October ___, 2014